UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL LAMAR HOWARD, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | Case No. 2:12-cv-04185-JFG-HGD |
| ) | |
| TONY PATTERSON, Warden, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is DENIED and this action DISMISSED WITH PREJUDICE.

**DONE** and **ORDERED** this 27th day of August, 2014.

_____

MADELINE HUGHES HAIKALA

U.S. DISTRICT JUDGE